7 So.3d 1152 (2009)
Charles Robert SILBERMAN, Appellant,
v.
Lesli Kim RADCLIFFE f/k/a Lesli Kim Silberman and James D. Keegan, Appellees.
No. 3D08-2076.
District Court of Appeal of Florida, Third District.
March 25, 2009.
Rehearing and Rehearing En Banc Denied May 1, 2009.
Charles Robert Silberman, in proper person.
James D. Keegan, for appellees.
Before COPE, SHEPHERD, and SUAREZ, JJ.
SUAREZ, J.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1979).